175 A.3d 142

**CHASE**

v.

**CHASE**

**Pet. Docket No. 318, Sept. Term, 2017**

Court of Appeals of Maryland.

December 15, 2017

Opinion of the Court of Special Appeals unreported (No. 2531, Sept.Term, 2014).

Petition for writ of certiorari dismissed

175 A.3d 142

**DARAMY, Phanta**

v.

**STATE of Maryland**

**Pet. Docket No. 348, Sept. Term, 2017**

Court of Appeals of Maryland.

December 15, 2017

Opinion of the Court of Special Appeals unreported (No. 1373, Sept.Term, 2016).

Petition for writ of certiorari denied